### 00–1730. Hubin v. Hubin.
Franklin App. No. 99AP–1156. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry filed October 19, 2000:

"When determining the proper amount of child support in a shared parenting case, must a court presume that each parent must pay his or her child support obligation on line twenty-four of the child support worksheet and then order the difference through an offset while reserving the ability to deviate?"

*Sua sponte*, cause consolidated with 00–1406, *Hubin v. Hubin*, Franklin App. No. 99AP–1156.

F.E. SWEENEY, J., dissents to all of the above.

The conflict cases are *Weinberger v. Weinberger* (May 15, 1998), Hamilton App. No. C–970552, unreported, 1998 WL 241790; *Congdon v. Congdon* (Nov. 13, 1998), Hamilton App. No. C–971002, unreported, 1998 WL 789144; *Luke v. Luke* (Feb. 20, 1998), Lake App. No. 97–L–044, unreported, 1998 WL 172813; *Anthony v. Anthony* (Dec. 3, 1999), Lake App. No. 98–L–222, unreported, 1999 WL

1313730; *French v. Burkhart* (May 22, 2000), Delaware App. No. 99CAF07038, unreported, 2000 WL 699656; and *Beard v. Beard* (1998), 130 Ohio App.3d 102, 719 N.E.2d 625.